UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYRANO, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>QUOTIUM TECHNOLOGIES, INC.,<br>QUOTIUM TECHNOLOGIES, S.A., and<br>TECHNOLOGIES, S.A.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **05 - 11558 JLT** |

**LOCAL RULE 7.3(A) CORPORATE DISCLOSURE
STATEMENT OF CYRANO, INC.**

Pursuant to Local Rule 7.3(A), Cyrano, Inc. ("Cyrano") submits the following corporate disclosure statement:

Cyrano, a Delaware corporation with a principal place of business in Newburyport, Massachusetts, hereby states that it does not have a parent company and that no public company owns 10% or more of its stock.

                                                     Respectfully submitted,

                                                   Defendant,
                                                   **CYRANO, INC.,**
                                                   By its attorneys,

                                                   /s/ _____
                                                   Stephen Y. Chow, BBO #082990
                                                   Michael K. Sugrue, BBO #655878
                                                   PERKINS SMITH & COHEN LLP
                                                   One Beacon Street, 30th Floor
                                                   Boston, Massachusetts 02108
July 25, 2005                                     (617) 854-4000

## CERTIFICATE OF SERVICE

    I, Michael K. Sugrue, hereby certify that a true copy of the foregoing Corporate Disclosure Statement pursuant to Local Rule 7.3(A) was served upon the following counsel by hand-delivery on this the 25th day of July, 2005:

Kevin J. O'Connor, Esq.
Mayeti Gemetchu, Esq.
Paragon Law Group LLP
184 High Street
Boston, MA 02110

                                                      Michael K. Sugrue