AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division    District of    Massachusetts

Cyrano, Inc.

**SUMMONS IN A CIVIL ACTION**

V.

Quotium Technologies, Inc., Quotium Technologies, S.A., and Technologies, S.A.

CASE NUMBER:

# 05 - 11558 JLT

TO: (Name and address of Defendant)

Quotium Technologies, Inc.
100 Cummings Center
Suite 336B
Beverly, MA  01915

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen Y. Chow, Esq.
PERKINS SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, MA  02108-3106

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE    JUL 2 5 2005

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | July 29, 2005 |
| NAME OF SERVER: JOHN MILANO | TITLE | Process Server / A Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to __Ms. Linda O'Brien, Executive Assistant and__
Duly Authorized Agent for the within-named __Defendant, Quotium Technologies, Inc.__
Said service was made at:
__100 Cummings Center, Suite 336B, Beverly__, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE  $  120.00    2  Trips

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __July 29, 2005__
Date

Signature of Server: /s/ John Milano

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE __2__ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 7/28/05 | 3:50p.m. | No service at 100 Cummings Ctr., Ste. 336B, Beverly, Ma. - Business closed at time of said attempt | $ 60.00 |
| | | | $ |
| 7/29/05 | 9:30a.m. | Service was made at 100 Cummings Ctr., Ste. 336B, Beverly, Ma. | $ 60.00 |
| | | | $ |
| | | | $ |
| | | TOTAL | $ 120.00 |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**            One Devonshire Place            Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   Boston, MA 02109                Fax #       (617) 720-5737