*Liberté • Égalité • Fraternité*
RÉPUBLIQUE FRANÇAISE

Paris, le 30-08-2005

LE GARDE DES SCEAUX,
MINISTRE DE LA JUSTICE
À
PERKINS, SMITH & COHEN, LLP
ONE BEACON STREET, 30TH FLOOR
BOSTON, MASSACHUSETTS 02108
ÉTATS-UNIS D'AMÉRIQUE

MINISTÈRE DE LA JUSTICE

DIRECTION
DES AFFAIRES CIVILES ET DU SCEAU

BUREAU DE L'ENTRAIDE CIVILE
ET COMMERCIALE INTERNATIONALE

D3  Dossier suivi par :
Julie ROUECK
℡ 01 44 77 62 59

Référence à rappeler :
**D3/6112TR2005-ÉTATS-UNIS D'AMÉRIQUE**

**Objet :** Notification d'acte judiciaire -**EXÉCUTÉ**-acte remis à Mme LAURANS Geneviève directrice financière de la Société TECHNOLOGIES SA le 16-08-05.

**Références : Boston le 29-07-05-Michaël K. Surgrue-assignation à comparaître-TECHNOLOGIES SA**

J'ai l'honneur de vous faire parvenir sous ce pli les documents établis à la suite d'une demande de notification internationale.



Cachet du Ministère de la Justice

DACS
13, place Vendôme
75042 Paris Cedex 01

# TRIBUNAL DE GRANDE INSTANCE DE NANTERRE

(HAUTS-DE-SEINE)

179-191, Avenue Joliot-Curie - 92020 NANTERRE - CEDEX -   TEL 40.97.10.10

PARQUET DU PROCUREUR
DE LA REPUBLIQUE

Affaire N° 151- 2005

CABINET

Transmis à Monsieur le

☐ Procureur de la République
☐ Président du Tribunal d'Instance
☐ Officier du Ministère Public du Tribunal de Police
☐ Directeur de la Police Judiciaire de la Préfecture de Police
Brigade .................................................
☐ Commissaire Divisionnaire Chef de la        • B.T.
☐ Directeur Départemental des Polices Urbaines
☐ Commissaire de Police
☐ Commandant de Gendarmerie
☐ Maire
☐ Secrétaire-greffier en Chef
☐ Surveillant Chef de la Maison d'Arrêt
☐ A Ministre de la Justice

En le priant de bien vouloir :

| FAIRE | M'ADRESSER |
|---|---|
| ☐ Exécuter les instructions du Parquet de (*) | ☐ Copie de l'acte de naissance, décès, mariage de (*) |
| ☐ Préciser l'objet de la requête (*) | ☐ Copie du jugement du (*) |
| ☐ Recevoir la plainte et procéder à une enquête (*) | ☐ Un extrait du registre d'écrou (*) |
| ☐ Remettre contre récépissé les pièces jointes (*) | ☐ Le procès-verbal relatif à (*) |
| ☐ Entendre (*) | ☐ Le rapport concernant (*) |
| ☐ Connaitre à (*) | |
| ☐ Citer (*) | |
| ☐ Signifier (*) | |
| ☐ Régulariser l'écrou (*) | |
| ☐ Pour exécution (*) | ☐ Pour enquête (*) |
| ☐ Pour notification (*) | ☒ Objet rempli (*) |
| ☐ Se trouver compétent (*) | ☐ Objet non rempli (*) |

(*) ...........................................................................................

Prière de renvoyer cet imprimé avec les pièces jointes

NANTERRE, le 25 août 2005
Le Procureur de la République,

PR 117 bis

| DESTINATAIRE | RESERVE AU PARQUET |
|---|---|
| TRIBUNAL DE GRANDE INSTANCE DE NANTERRE | A |

REPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR

DIRECTION GENERALE DE LA POLICE NATIONALE

COMMISSARIAT DE POLICE DE COURBEVOIE

P.V. : 2005/001800/ J

# PROCES VERBAL

L'an deux mille cinq,
le seize août à quatorze heures quarante cinq

Nous, **Bernard MATHIEU**
    GARDIEN DE LA PAIX
    en fonction à Courbevoie

*INSTRUCTIONS PARQUET*

Agent de Police Judiciaire en résidence à Courbevoie
---Etant au service,---
---Agissant conformément aux instructions reçues,---
---Mentionnons être destinataire d'une procédure provenant
du Tribunal de Grande Instance de NANTERRE nous demandant
de remettre des actes judiciaires à la société TECHNOLOGIES SA--
---Dont acte.---

*REMISE D'ACTES JUDICIAIRES*

L'A.P.J

*AUDITION REPRE-SENTANT*

---Constatons que se présente la personne ci-après dénommée qui
nous déclare:---
■ --- **SUR SON IDENTITE** : ----------------------------------
--- "Je me nomme **LAURANS Geneviève**." ------------------------
--- "Je suis né le 16/03/1961 à ORAN (ALGER)." -----------------
--- "Je suis de nationalité FRANCAISE." -----------------------
--- "J'exerce la profession de : DIRECTEUR FINANCIER." --------
--- "Je suis domicilié 84-88, BOULEVARD DE LA MISSION MARCHAND
92400 COURBEVOIE." ---------------------------------------------
---SUR LES FAITS---
---Je représente la société TECHNOLOGIES SA sis 84-88
boulevard de la mission marchand à Courbevoie en qualité de
directeur financier.---
---Je prends acte que vous me remettez un acte judiciaire
provenant de la justice des Etats-Unis d'Amérique.---
---Je n'ai rien d'autre à ajouter."---
---Après lecture faite personnellement madame LAURANS persiste
et signe avec nous le présent procès-verbal.---
L'interessé                                              L'A.P.J

VU et TRANSMIS
Le 16.08.05
Le Commissaire de Police
Chef de Service
CORSANT

RÉPUBLIQUE FRANÇAISE

MINISTERE DE L'INTERIEUR

DIRECTION GENERALE DE LA POLICE NATIONALE

COMMISSARIAT DE POLICE DE COURBEVOIE

P.V. : 2005/001800/

**AFFAIRE :**

INSTRUCTIONS PARQUET

**OBJET :**

CLOTURE ET TRANSMISSION

# PROCES VERBAL

L'an deux mille cinq,
le seize août à dix sept heures vingt

Nous, **Bernard MATHIEU**
        GARDIEN DE LA PAIX
        en fonction à Courbevoie

Agent de Police Judiciaire en résidence à Courbevoie
---Etant au service,---
---Agissant conformément aux instructions reçues,---
---Cloturons la présente pour transmission à monsieur le Procureur de la République près le tribunal de Grande Instance de Nanterre.---
---Dont procès-verbal.---

                                                    L'A.P.J

| DESTINATAIRE | | RESERVE AU PARQUET |
|---|---|---|
| TRIBUNAL DE GRANDE INSTANCE DE NANTERRE | | B |

REPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR

DIRECTION GENERALE DE LA POLICE NATIONALE

COMMISSARIAT DE POLICE DE COURBEVOIE

P.V. : 2005/001800/ J

*INSTRUCTIONS PARQUET*

*REMISE D'ACTES JUDICIAIRES*

*AUDITION REPRESENTANT*

VU et TRANSMIS

Le 16.08.05
Le Commissaire de Police
Chef de Service

CORSAUT F.

# PROCES VERBAL

L'an deux mille cinq,
le seize août à quatorze heures quarante cinq

Nous, **Bernard MATHIEU**
       GARDIEN DE LA PAIX
       en fonction à Courbevoie

Agent de Police Judiciaire en résidence à Courbevoie
---Etant au service,---
---Agissant conformément aux instructions reçues,---
---Mentionnons être destinataire d'une procédure provenant du Tribunal de Grande Instance de NANTERRE nous demandant de remettre des actes judiciaires à la société TECHNOLOGIES SA--
---Dont acte.---

L'A.P.J

---Constatons que se présente la personne ci-après dénommée qui nous déclare:---
■ --- **SUR SON IDENTITE** : -----------------------------------
--- "Je me nomme **LAURANS Geneviève**." ----------------------
--- "Je suis né le 16/03/1961 à ORAN (ALGER)." ---------------
--- "Je suis de nationalité FRANCAISE." ----------------------
--- "J'exerce la profession de : DIRECTEUR FINANCIER." -------
--- "Je suis domicilié 84-88, BOULEVARD DE LA MISSION MARCHAND 92400 COURBEVOIE." --------------------------------------
---SUR LES FAITS---
---Je représente la société TECHNOLOGIES SA sis 84-88 boulevard de la mission marchand à Courbevoie en qualité de directeur financier.---
---Je prends acte que vous me remettez un acte judiciaire provenant de la justice des Etats-Unis d'Amérique.---
---Je n'ai rien d'autre à ajouter."---
---Après lecture faite personnellement madame LAURANS persiste et signe avec nous le présent procès-verbal.---
L'interessé                                            L'A.P.J

RÉPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR

DIRECTION GENERALE DE LA POLICE NATIONALE

COMMISSARIAT DE POLICE DE COURBEVOIE

P.V. : 2005/001800/

**AFFAIRE :**

INSTRUCTIONS PARQUET

**OBJET :**

CLOTURE ET TRANSMISSION

# PROCES VERBAL

L'an deux mille cinq,
le seize août à dix sept heures vingt

Nous, **Bernard MATHIEU**
   GARDIEN DE LA PAIX
   en fonction à Courbevoie

Agent de Police Judiciaire en résidence à Courbevoie
---Etant au service,---
---Agissant conformément aux instructions reçues,---
---Cloturons la présente pour transmission à monsieur le Procureur de la République près le tribunal de Grande Instance de Nanterre.---
---Dont procès-verbal.---

                                                    L'A.P.J

TRIBUNAL DE GRANDE INSTANCE
DE NANTERRE

Secrétariat Général du Parquet
179/191 Avenue Joliot Curie
92020 NANTERRE Cedex

Tél : 01.40.97.13.08
Fax : 01.47.24.31.61

NANTERRE, le 5 août 2005

LE PROCUREUR DE LA REPUBLIQUE

à

Monsieur le Commissaire de Police

à Courbevoie

OBJET : Remise d'Actes Judiciaires en matière civile et commerciale

N/Réf. : 151 E.-2005

J'ai l'honneur de vous prier de bien vouloir :

1) faire remettre un exemplaire de l'acte joint à la personne visée dans celui-ci;

2) me faire retour du second exemplaire avec les pièces de transmission;

3) compléter dûment l'attestation jointe;

4) établir un procès-verbal de remise détaillé, comportant le nom et les références de l'autorité requérante.

/ LE PROCUREUR DE LA REPUBLIQUE,

Circonscription de
COURBEVOIE
de
05-1800 J.
Arrivée | Départ
0 9 AOU 2005 | 2 3 AOU 2005

*Liberté • Égalité • Fraternité*
**RÉPUBLIQUE FRANÇAISE**

Paris, 1 03-08-2005

Le Garde des Sceaux,
Ministère de la Justice
à

Madame ou Monsieur le Procureur de la République
Tribunal de Grande Instance
179-191 Avenue Joliot Curie
92020 NANTERRE

**MINISTÈRE DE LA JUSTICE**

DIRECTION
DES AFFAIRES CIVILES ET DU SCEAU

BUREAU DE L'ENTRAIDE CIVILE
ET COMMERCIALE INTERNATIONALE

D3  Dossier suivi par :
Julie ROUECK
☏ 01 44 77 62 59

Référence à rappeler :
**D3/6112TR2005/ÉTATS-UNIS D'AMÉRIQUE**

**Objet : Transmission d'acte**
*Convention de La Haye du 15 novembre 1965 relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires en matière civile et commerciale (J.O du 14 novembre 1972)-Articles 688-1 et suivants du NCPC*

**Références : Boston le 29-07-05-Michaël K. Surgrue-assignation à comparaître- TECHNOLOGIES SA**

Je vous prie de bien vouloir faire remettre à son destinataire domicilié dans votre ressort le présent acte.

*Je vous rappelle que conformément aux dispositions de l'article 688-3 du nouveau code de procédure civile "lorsque la notification est faite par les soins du ministère public, elle a lieu par voie de simple remise et sans frais". Par voie de conséquence, il ne vous appartient pas, en l'espèce, de saisir un huissier aux fins de signification, mais les services compétents de la Police nationale ou de la Gendarmerie nationale.*

*Par ailleurs, dans l'hypothèse où l'acte ne serait pas traduit en français, il conviendra d'informer le destinataire de la faculté qu'il a d'en refuser la notification, en application des dispositions de l'article 688-6 du Nouveau Code de Procédure Civile.*

Conformément à la déclaration faite par la France lors de la ratification du traité, vous voudrez bien retourner l'attestation de remise jointe, constatant l'exécution ou le défaut d'exécution, directement à l'autorité requérante dont l'adresse figure sur le formulaire de demande.

Cachet du Ministère de la Justice

DACS
13, place Vendôme
75042 Paris Cedex 01