UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYRANO, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>QUOTIUM TECHNOLOGIES, INC., )<br>QUOTIUM TECHNOLOGIES, S.A., and )<br>TECHNOLOGIES, S.A., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 05-CV-11558-DPW |

**NOTICE OF CHANGE OF FIRM NAME**

On behalf of the Plaintiff, Cyrano, Inc., now known as Vedant Incorporated, the undersigned counsel hereby notifies the Court and the Defendants of a change in firm name. Effective January 1, 2006, the undersigned counsel's firm name is Burns & Levinson LLP.

              Respectfully submitted,

              Plaintiff,
              **CYRANO, INC.,**
              By its attorneys,

              /s/ Stephen Y. Chow
              Stephen Y. Chow, BBO #082990
              Michael K. Sugrue, BBO #655878
              BURNS & LEVINSON LLP
              One Beacon Street, 30th Floor
              Boston, Massachusetts 02108
Dated: January 3, 2006       (617) 854-4000

## CERTIFICATE OF SERVICE

    I, Michael K. Sugrue, hereby certify that a true copy of the above document was served upon the following counsel by mail on this the 3rd day of January, 2006:

Kevin J. O'Connor, Esq.
Mayeti Gametchu, Esq.
Paragon Law Group LLP
184 High Street
Boston, MA 02110

                                                              /s/ Michael K. Sugrue
                                                              Michael K. Sugrue