UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CYRANO, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-CV-11558-DPW |
| QUOTIUM TECHNOLOGIES, INC., QUOTIUM TECHNOLOGIES, S.A., and TECHNOLOGIES, S.A., | ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Order of November 3, 2005, requiring the parties to file a status report every sixty days on the Defendants' request for damages in the district court (Civil Action No. 02-11416-JLT) and the Plaintiff's appeal of that action in the First Circuit (Appeal No. 05-1901), the parties hereby jointly report the following:

On November 28, 2005, the First Circuit stayed the appellate proceedings pending Judge Tauro's action on the Defendants' request for damages and entry of final judgment. The First Circuit further ordered the Plaintiff to file with that Court a report every sixty days on the status of the Defendants' request for damages and to furnish a copy of Judge Tauro's ruling on damages once it issued. On December 28, 2005, the Plaintiff filed a status report with the First Circuit.

On December 15, 2005, all parties appeared before Judge Tauro for a scheduled damages hearing. At that hearing, Vedant objected to Appellee's affidavit of damages and offered to proceed with live testimony. Judge Tauro sustained the objection, but allowed Appellee to adjourn in order to produce the affiant for trial. Judge Tauro further ordered the parties to file a

list of proposed witnesses for an evidentiary hearing on the issue of damages by December 22, 2005 and thereafter contact his courtroom clerk to schedule the hearing. On December 22, 2005, the parties discussed possible dates for the adjourned hearing and designated witnesses for the hearing. A date specific has not been settled between the parties and Judge Tauro's clerk.

> Respectfully submitted,
>
> CYRANO, INC.,
> Plaintiff,
> By its attorneys,
>
> /s/ Michael K. Sugrue
> Stephen Y. Chow, BBO #082990
> Michael K. Sugrue, BBO #655878
> BURNS & LEVINSON LLP
> One Beacon Street, 30th Floor
> Boston, MA  02108-3106
> 617-854-4000
> Dated:  January 3, 2006
>
> Defendants,
> **QUOTIUM TECHNOLOGIES, INC., QUOTIUM TECHNOLOGIES, S.A., and TECHNOLOGIES, S.A.**
> By their attorneys,
>
> /s/ Kevin J. O'Connor
> Kevin J. O'Connor, BBO #555250
> Mayeti Gametchu, BBO #647787
> PARAGON LAW GROUP, LLP
> 184 High Street
> Boston, MA  02110
> (617) 399-7950
> Dated:  January 3, 2006