UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYRANO, INC., | ) |
|     Plaintiff, | ) |
| v. | ) |
| | )   CIVIL ACTION NO. 05-CV-11558-DPW |
| QUOTIUM TECHNOLOGIES, INC., QUOTIUM TECHNOLOGIES, S.A., and TECHNOLOGIES, S.A., | ) |
|     Defendants. | ) |

**SECOND JOINT STATUS REPORT**

Pursuant to this Court's Order of November 3, 2005, requiring the parties to file a status report every sixty days on the Defendants' request for damages in the district court (Civil Action No. 02-11416-JLT) and the Plaintiff's appeal of that action in the First Circuit (Appeal No. 05-1901), the parties hereby reference the joint report they filed on January 3, 2006 and further report as follows:

On January 27, 2006 and February 28, 2006, the Plaintiff filed, respectively, its second and third status reports with the First Circuit, pursuant to that Court's Order of November 28, 2005.

On February 27, 2006, the parties appeared before Judge Tauro in Civil Action No. 02-11416 for the first day of an evidentiary hearing on damages. Pursuant to Judge Tauro's Order entered on March 2, 2006, the hearing will resume -- and conclude -- on April 3, 2006.

Respectfully submitted,

Plaintiff,
CYRANO, INC.,
By its attorneys,

/s/ Michael K. Sugrue
Stephen Y. Chow, BBO #082990
Michael K. Sugrue, BBO #655878
BURNS & LEVINSON LLP
One Beacon Street, 30th Floor
Boston, MA  02108-3106
617-854-4000
Dated:  March 3, 2006

Defendants,
**QUOTIUM TECHNOLOGIES, INC., QUOTIUM TECHNOLOGIES, S.A., and TECHNOLOGIES, S.A.**
By their attorneys,

/s/ Kevin J. O'Connor
Kevin J. O'Connor, BBO #555250
Mayeti Gametchu, BBO #647787
PARAGON LAW GROUP, LLP
184 High Street
Boston, MA  02110
(617) 399-7950
Dated:  March 3, 2006