UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYRANO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. 05-CV-11558-DPW |
| QUOTIUM TECHNOLOGIES, INC., ) | |
| QUOTIUM TECHNOLOGIES, S.A., and ) | |
| TECHNOLOGIES, S.A., ) | |
| ) | |
| Defendants. ) | |

## THIRD JOINT STATUS REPORT

Pursuant to this Court's Order of November 3, 2005, requiring the parties to file a status report every sixty days on the Defendants' request for damages in the district court (Civil Action No. 02-11416-JLT) and the Plaintiff's appeal of that action in the First Circuit (Appeal No. 05-1901), the parties hereby reference the joint reports they filed on January 3, 2006 and March 3, 2006, and further report as follows:

On April 3, 2006, the Plaintiff filed its fourth status report with the First Circuit, pursuant to that Court's Order of November 28, 2005.

On April 3, 2006, the parties appeared before Judge Tauro in Civil Action No. 02-11416 for the second and final day of an evidentiary hearing on damages. The parties are to submit their proposed Findings of Fact and Conclusions of Law within thirty days of the issuance of the transcript, which has not yet been completed. On April 13, 2006, the Plaintiff filed a Notice of Appeal as to the Order on its 2/23/06 Motion to Modify or Vacate the Injunction and the Order on its 3/14/06 Motion for Reconsideration.

Respectfully submitted,

Plaintiff,
CYRANO, INC.,
By its attorneys,

/s/ Michael K. Sugrue
Stephen Y. Chow, BBO #082990
Michael K. Sugrue, BBO #655878
BURNS & LEVINSON LLP
One Beacon Street, 30th Floor
Boston, MA  02108-3106
617-854-4000
Dated:  May 2, 2006

Defendants,
**QUOTIUM TECHNOLOGIES, INC., QUOTIUM TECHNOLOGIES, S.A., and TECHNOLOGIES, S.A.**
By their attorneys,

/s/ Kevin J. O'Connor
Kevin J. O'Connor, BBO #555250
Mayeti Gametchu, BBO #647787
PARAGON LAW GROUP, LLP
184 High Street
Boston, MA  02110
(617) 399-7950
Dated:  May 2, 2006