UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CYRANO, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-CV-11558-DPW |
| QUOTIUM TECHNOLOGIES, INC., QUOTIUM TECHNOLOGIES, S.A., and TECHNOLOGIES, S.A., | ) ) ) ) | |
| Defendants. | ) ) | |

**FOURTH JOINT STATUS REPORT**

Pursuant to this Court's Order of November 3, 2005, requiring the parties to file a status report every sixty days on the Defendants' request for damages in the district court (Civil Action No. 02-11416-JLT) and the Plaintiff's appeal of that action in the First Circuit (Appeal No. 05-1901), the parties hereby reference the joint reports they filed on January 3, 2006, March 3, 2006, and May 2, 2006, and further report as follows:

The transcript of the second and final day of the evidentiary hearing on damages in Civil Action 02-11416-JLT has not yet been issued. The parties are to submit their proposed Findings of Fact and Conclusions of Law within thirty days of the issuance of the transcript.

On July 3, 2006, the Plaintiff filed its seventh status report with the First Circuit in Appeal No. 05-1901, pursuant to that Court's Order of November 28, 2005.

Respectfully submitted,

Plaintiff,
**CYRANO, INC.**,
By its attorneys,

/s/ Michael K. Sugrue
Stephen Y. Chow, BBO #082990
Michael K. Sugrue, BBO #655878
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110
617-345-3000
Dated:  July 5, 2006

Defendants,
**QUOTIUM TECHNOLOGIES, INC., QUOTIUM TECHNOLOGIES, S.A., and TECHNOLOGIES, S.A.**
By their attorneys,

/s/ Kevin J. O'Connor
Kevin J. O'Connor, BBO #555250
Mayeti Gametchu, BBO #647787
PARAGON LAW GROUP, LLP
184 High Street
Boston, MA  02110
(617) 399-7950
Dated:  July 5, 2006