UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECHNOLOGIES, S.A. and <br> QUOTIUM TECHNOLOGIES, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> CYRANO, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 05-11558-DPW <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER**

PLEASE TAKE NOTICE THAT the undersigned counsel have changed their address and telephone number as of the date hereof.  Please serve all papers, notices, correspondence, and any other materials on the undersigned at the address listed hereon.

                                                    Respectfully submitted,

                                                    Defendant, <br>
                                                    **CYRANO, INC.,** <br>
                                                    By its attorneys,

                                                   /s/ Michael K. Sugrue<br>
                                                   Stephen Y. Chow, BBO #082990<br>
                                                   Michael K. Sugrue, BBO #655878<br>
                                                   BURNS & LEVINSON LLP<br>
                                                   125 Summer Street<br>
                                                   Boston, Massachusetts 02110<br>
Dated:  July 11, 2006                             (617) 345-3000

## CERTIFICATE OF SERVICE

I, Michael K. Sugrue, hereby certify that a true copy of the foregoing Notice of Change of Address and Telephone Number was served upon counsel for the Plaintiffs, Kevin J. O'Connor, Esq. and Mayeti Gametchu, Esq., Paragon Law Group LLP, 184 High Street, Boston, MA 02110, by first-class mail, postage prepaid, on this the 11th day of July, 2006.

/s/ Michael K. Sugrue
Michael K. Sugrue

J:\Docs\82165\00004\01030870.DOC