UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYRANO, INC.,<br>      Plaintiff,<br>v.<br>QUOTIUM TECHNOLOGIES, INC.,<br>QUOTIUM TECHNOLOGIES, S.A.,<br>and<br>TECHNOLOGIES, S.A.,<br>      Defendants. | **CIVIL ACTION NO. 05-CV-11558-DPW** |

**NOTICE OF FILING WITH THE CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits, or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Appendix of Exhibits in Support of Quotium's Opposition to Plaintiff's Motion for Preliminary Injunction, Vol. I; and

2. Appendix of Exhibits in Support of Quotium's Opposition to Plaintiff's Motion for Preliminary Injunction, Vol. II.

The original documents are maintained in the case file in the Clerk's Office.

    /s/ John Pagliaro
    Kevin J. O'Connor (BBO# 555250)
    Mayeti Gametchu (BBO# 647787)
    John Pagliaro (BBO# 634483)
    PARAGON LAW GROUP, LLP
    184 High Street
    Boston, MA 02110
    Tel. (617) 399-7950

    Counsel For Defendants,
    QUOTIUM TECHNOLOGIES, INC.,
    TECHNOLOGIES, S.A. and
DATED: July 14, 2006    QUOTIUM TECHNOLOGIES, S.A.

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on July 14, 2006.

    /s/ John Pagliaro
    John R. Pagliaro

0004-003-103058.DOC