UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYRANO, INC.,<br>        Plaintiff,<br>v.<br>QUOTIUM TECHNOLOGIES, INC.,<br>QUOTIUM TECHNOLOGIES, S.A.,<br>and<br>TECHNOLOGIES, S.A.,<br>        Defendants. | **CIVIL ACTION NO. 05-CV-11558-DPW** |

**CORPORATE DISCLOSURE STATEMENT OF QUOTIUM**

Pursuant to Fed. R. Civ. P. 7.1, Defendants Quotium Technologies, Inc., Quotium Technologies, S.A., and Technologies, S.A. (collectively, "Quotium") submit the following corporate disclosure statement:

Quotium Technologies, S.A., a French company located in Paris, is a wholly owned subsidiary of Technologies, S.A.

Technologies, S.A. is a French publicly held company located in Paris. No company owns 10% or more of the stock of Technologies, S.A.

Quotium Technologies, Inc. is a Delaware corporation, with its principal place of business in Beverly, Massachusetts. It is wholly owned by Technologies, S.A.

                                                           Respectfully submitted,

DATED: July 14, 2006                  QUOTIUM TECHNOLOGIES, INC., and
                                                        TECHNOLOGIES, S.A.
                                                        QUOTIUM TECHNOLOGIES, S.A.,
                                                        By their attorneys,

                                                        /s/ Kevin J. O'Connor
                                                        Kevin J. O'Connor (BBO# 555250)
                                                        Mayeti Gametchu (BBO# 647787)
                                                       PARAGON LAW GROUP, LLP
                                                        184 High Street
                                                        Boston, MA 02110
                                                        Tel. (617) 399-7950

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on July 14, 2006.

                                                         /s/ John R. Pagliaro
                                                        John R. Pagliaro

0004-003-103056.doc