UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYRANO, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>QUOTIUM TECHNOLOGIES, INC., )<br>QUOTIUM TECHNOLOGIES, S.A., and )<br>TECHNOLOGIES, S.A., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 05-CV-11558-DPW |

## FIFTH JOINT STATUS REPORT

Pursuant to this Court's Order of November 3, 2005, requiring the parties to file a status report every sixty days on the Defendants' request for damages in the district court (Civil Action No. 02-11416-JLT) and the Plaintiff's appeal of that action in the First Circuit (Appeal No. 05-1901), the parties hereby reference the joint reports they filed on January 3, 2006, March 3, 2006, May 2, 2006, and July 5, 2006 and further report as follows:

The transcript of the second and final day of the evidentiary hearing on damages in Civil Action 02-11416-JLT issued on July 10, 2006. The parties submitted respective proposed findings of fact and conclusions of law on the damages issue on August 16, 2006, after the district court had allowed their joint motion to enlarge the time one week for filing. On August 26, 2006, the Plaintiff moved for leave to file a memorandum in reply to the Defendants' post-trial filings on damages. The district court has not yet ruled on that motion.

On August 23, 2006, the Plaintiff filed a Renewed Motion to Set Aside Default, which the district court denied on August 28, 2006 -- before any opposition was filed.

On August, 2, 2006 and September 5, 2006, the Plaintiff filed, respectively, its eighth and ninth status reports with the First Circuit in Appeal No. 05-1901, pursuant to that Court's Order of November 28, 2005.

        Respectfully submitted,

        Plaintiff,
        **CYRANO, INC.**,
        By its attorneys,

        /s/ Michael K. Sugrue_____
        Stephen Y. Chow, BBO #082990
        Michael K. Sugrue, BBO #655878
        BURNS & LEVINSON LLP
        125 Summer Street
        Boston, MA  02110
        617-345-3000
        Dated:  September 5, 2006

        Defendants,
        **QUOTIUM TECHNOLOGIES, INC., QUOTIUM TECHNOLOGIES, S.A., and TECHNOLOGIES, S.A.**
        By their attorneys,

        /s/ Kevin J. O'Connor_____
        Kevin J. O'Connor, BBO #555250
        Mayeti Gametchu, BBO #647787
        PARAGON LAW GROUP, LLP
        184 High Street
        Boston, MA  02110
        (617) 399-7950
        Dated:  September 5, 2006

J:\Docs\82165\00004\01051367.DOC