## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CYRANO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-CV-11558-DPW |
| | ) | |
| QUOTIUM TECHNOLOGIES, INC., | ) | |
| QUOTIUM TECHNOLOGIES, S.A., and | ) | |
| TECHNOLOGIES, S.A., | ) | |
| | ) | |
| Defendants. | ) | |

### SIXTH JOINT STATUS REPORT

Pursuant to this Court's Order of November 3, 2005, requiring the parties to file a status report every sixty days on the Defendants' request for damages in the district court (Civil Action No. 02-11416-JLT) and the Plaintiff's appeal of that action in the First Circuit (Appeal No. 05-1901), the parties hereby reference the joint reports they filed on January 3, 2006, March 3, 2006, May 2, 2006, and July 5, 2006, and September 5, 2006 and further report as follows:

On October 10, 2006, Judge Tauro issued a Memorandum (Docket No. 221) and Order (Docket No. 220) on damages, ordering the following:

1.      Defendant, Cyrano, Inc. shall pay the Plaintiffs actual damages totaling $105,833;

2.      On or before November 10, 2006, both Defendant and Plaintiffs shall submit briefs of no more than twelve (12) pages solely on the issues of prejudgment interest and attorney's fees;

3.      Plaintiff shall also submit an affidavit detailing its reasonable attorney's

fees;

4.     Defendant's Motion for Leave to File Memorandum in Reply is DENIED

AS MOOT.

On October 24, 2006, the Plaintiffs filed a Motion for Reconsideration and Additional

Findings Pursuant to Fed. R. Civ. P. 52(b) and 59(e).

On October 5, 2006 and November 3, 2006, the Plaintiff filed, respectively, its tenth and

eleventh status reports with the First Circuit in Appeal No. 05-1901, pursuant to that Court's

Order of November 28, 2005.

Respectfully submitted,

Plaintiff,
**CYRANO, INC.,**
By its attorneys,

/s/ Michael K. Sugrue_____
Stephen Y. Chow, BBO #082990
Michael K. Sugrue, BBO #655878
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110
617-345-3000
Dated:  November 3, 2006

Defendants,
**QUOTIUM TECHNOLOGIES,**
**INC., QUOTIUM TECHNOLOGIES,**
**S.A., and TECHNOLOGIES, S.A.**
By their attorneys,

/s/ Kevin J. O'Connor_____
Kevin J. O'Connor, BBO #555250
Mayeti Gametchu, BBO #647787
PARAGON LAW GROUP, LLP
184 High Street
Boston, MA  02110
(617) 399-7950
Dated:  November 3, 2006