**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| CYRANO, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>QUOTIUM TECHNOLOGIES, INC., )<br>QUOTIUM TECHNOLOGIES, S.A., and )<br>TECHNOLOGIES, S.A., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 05-CV-11558-DPW |

**SEVENTH JOINT STATUS REPORT**

Pursuant to this Court's Order of November 3, 2005, requiring the parties to file a status report every sixty days on the Defendants' request for damages in the district court (Civil Action No. 02-11416-JLT) and the Plaintiff's appeal of that action in the First Circuit (Appeal No. 05-1901), the parties hereby reference the joint reports previously filed, the last being filed on November 3, 2006, and further report as follows:

On November 13, 2006, upon consideration of Defendants' motion for reconsideration of his earlier order on damages, Judge Tauro issued a two-page Memorandum and Order (C.A. No. 02-11416, Docket No. 229) denying the motion for reconsideration.

After additional briefing by both parties on the issue of attorney fees and costs, and upon a joint motion for a hearing, the parties appeared before Judge Tauro on December 11, 2006 for a further hearing on attorneys fees and costs. At the conclusion of that hearing, Judge Tauro took the matter under advisement and final judgment is expected in due course.

On December 12, 2006 and January 5, 2007, the Plaintiff filed, respectively, its twelfth and thirteenth status reports with the First Circuit in Appeal No. 05-1901, pursuant to that Court's Order of November 28, 2005.

    Respectfully submitted,

    Plaintiff,
    **CYRANO, INC.**,
    By its attorneys,

    /s/ Michael K. Sugrue_____
    Stephen Y. Chow, BBO #082990
    Michael K. Sugrue, BBO #655878
    BURNS & LEVINSON LLP
    125 Summer Street
    Boston, MA  02110
    617-345-3000
    Dated:  January 5, 2007

    Defendants,
    **QUOTIUM TECHNOLOGIES, INC., QUOTIUM TECHNOLOGIES, S.A., and TECHNOLOGIES, S.A.**
    By their attorneys,

    /s/ Kevin J. O'Connor_____
    Kevin J. O'Connor, BBO #555250
    Mayeti Gametchu, BBO #647787
    PARAGON LAW GROUP, LLP
    184 High Street
    Boston, MA  02110
    (617) 399-7950
    Dated:  January 5, 2007