UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYRANO, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>QUOTIUM TECHNOLOGIES, INC., )<br>QUOTIUM TECHNOLOGIES, S.A., and )<br>TECHNOLOGIES, S.A., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 05-CV-11558-DPW |

**JOINT MOTION TO STAY**

The parties to the above-captioned action hereby jointly move this Court to stay the above-captioned action.

As grounds for this Motion, the parties state that they have recently engaged in renewed settlement discussions and that, as a result of those discussions, they have agreed to a standstill of all litigation globally, pending the finalization of a written settlement agreement. The parties further state that many material terms of a settlement in this complex matter have been agreed upon and that they are working diligently to finalize the remaining terms, all of which would then be reduced to a writing and executed. The parties respectfully submit that, in view of the high likelihood that they can soon reach agreement on all material settlement terms, a stay of this action will serve the interests of justice and judicial economy.

WHEREFORE, the parties respectfully request that the Court enter an immediate stay of this matter, following which the parties shall, within 21 days of the Court's Order entering this

stay, advise the Court as to their progress and intentions regarding the furtherance of the stay.

        Respectfully submitted,

        Plaintiff,
        **CYRANO, INC.**,
        By its attorneys,

        /s/ Michael K. Sugrue
        Stephen Y. Chow, BBO #082990
        Michael K. Sugrue, BBO #655878
        BURNS & LEVINSON LLP
        125 Summer Street
        Boston, MA  02110
        617-345-3000
        Dated:  February 15, 2007

        Defendants,
        **QUOTIUM TECHNOLOGIES, INC., QUOTIUM TECHNOLOGIES, S.A., and TECHNOLOGIES, S.A.**
        By their attorneys,

        /s/ Kevin J. O'Connor
        Kevin J. O'Connor, BBO #555250
        Mayeti Gametchu, BBO #647787
        PARAGON LAW GROUP, LLP
        184 High Street
        Boston, MA  02110
        (617) 399-7950
        Dated:  February 15, 2007

**Certificate of Service**

    I hereby certify that on February 15, 2007, this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        /s/ Stephen Y. Chow