UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYRANO, INC., </br></br>     Plaintiff, </br></br> v. </br></br> QUOTIUM TECHNOLOGIES, INC., </br> QUOTIUM TECHNOLOGIES, S.A., and </br> TECHNOLOGIES, S.A., </br></br>     Defendants. | CIVIL ACTION NO. 05-CV-11558-DPW |

## JOINT MOTION TO EXTEND STAY

The parties to the above-captioned action hereby jointly move this Court to extend the stay of the above-captioned action previously granted on February 16, 2007.

As grounds for this Motion, the parties state that they have agreed to a standstill of all litigation globally, pending the finalization of a written settlement agreement. The parties further state that many material terms of a settlement in this complex matter have been agreed upon and that they are working diligently to finalize the remaining terms and have made progress in doing so. Because the French component of the settlement must be done in French, there has been some delay. The parties respectfully submit that, in view of the high likelihood that they can soon reach agreement on all material settlement terms, a continuation of the stay of this action will serve the interests of justice and judicial economy.

WHEREFORE, the parties respectfully request that the Court continue the stay of this matter, and the parties shall, within 28 days of the Court's Order continuing this

stay, advise the Court as to their progress and intentions regarding the furtherance of the stay.

    Respectfully submitted,

    Plaintiff,
    **CYRANO, INC.**,
    By its attorneys,

    /s/ Michael K. Sugrue_____
    Stephen Y. Chow, BBO #082990
    Michael K. Sugrue, BBO #655878
    BURNS & LEVINSON LLP
    125 Summer Street
    Boston, MA 02110
    617-345-3000
    Dated: March 12, 2007

    Defendants,
    **QUOTIUM TECHNOLOGIES, INC., QUOTIUM TECHNOLOGIES, S.A., and TECHNOLOGIES, S.A.**
    By their attorneys,

    /s/ Kevin J. O'Connor_____
    Kevin J. O'Connor, BBO #555250
    Mayeti Gametchu, BBO #647787
    PARAGON LAW GROUP, LLP
    184 High Street
    Boston, MA 02110
    (617) 399-7950
    Dated: March 12, 2007

## Certificate of Service

    I hereby certify that on March 12, 2007, this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

    /s/ Stephen Y. Chow