UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYRANO, INC.,<br>   Plaintiff,<br>v.<br>QUOTIUM TECHNOLOGIES, INC.,<br>QUOTIUM TECHNOLOGIES, S.A.,<br>and<br>TECHNOLOGIES, S.A.,<br>   Defendants. | **CIVIL ACTION NO. 05-CV-11558-DPW** |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a) and Local Rule 68.2, the parties to this action hereby stipulate to the dismissal of the action in its entirety, in performance of a settlement agreement dated May 7, 2007.  The parties waive all right of appeal and stipulate that the dismissal is with prejudice and with each party to bear its own costs. The parties so stipulating are all of the parties that have appeared in this action.

DATED: May 7, 2007

Respectfully submitted,

Plaintiff,
CYRANO, INC.,
By its attorneys,

/s/     Stephen Y. Chow
Stephen Y. Chow, BBO #082990
Michael K. Sugrue, BBO #655878
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110
Tel. (617) 345-3000

2

Defendants,
QUOTIUM TECHNOLOGIES, INC., QUOTIUM TECHNOLOGIES, S.A., and TECHNOLOGIES, S.A.
By their attorneys,


/s/     Kevin J. O'Connor
Kevin J. O'Connor, BBO #555250
Mayeti Gametchu, BBO #647787
PARAGON LAW GROUP, LLP
184 High Street
Boston, MA  02110
Tel. (617) 399-7950


**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2007, this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/     John Pagliaro
John Pagliaro (BBO #634483)